THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re METAWAVE COMMUNICATIONS CORP. SECURITIES LITIGATION ) ) ) | Master File No. C02-625RSM |
| ) | CLASS ACTION |
| This Document Relates To: ) ) | ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE |
| ALL ACTIONS. ) ) | |

ORDER PRELIMINARILY APPROVING
SETTLEMENT AND PROVIDING FOR NOTICE
(C02-625RSM)

Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

WHEREAS, a consolidated action is pending before this Court styled *In re Metawave Communications Corp. Securities Litigation*, Master File No. C02-625RSM (the "Litigation");

WHEREAS, the parties having made application, pursuant to Federal Rule of Civil Procedure 23(e), for an order approving the settlement of this Litigation, in accordance with a Stipulation of Settlement dated as of October 26, 2009 (the "Stipulation"), which, together with the exhibits annexed thereto, set forth the terms and conditions for a proposed settlement of the Litigation and for dismissal of the Litigation with prejudice upon the terms and conditions set forth therein; and the Court having read and considered the Stipulation and the exhibits annexed thereto; and

WHEREAS, all defined terms herein have the same meanings as set forth in the Stipulation.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Court does hereby preliminarily approve the Stipulation and the settlement set forth therein, subject to further consideration at the Final Approval Hearing described below.

2. A hearing (the "Final Approval Hearing") shall be held before this Court on February 11, 2010, at 1:30 p.m., at the United States District Court for the Western District of Washington at Seattle, United States Courthouse, 700 Stewart Street, Seattle, WA 98101 to determine whether the proposed settlement of the Litigation on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate to the Class and should be approved by the Court; whether a Judgment as provided in ¶1.10 of the Stipulation should be entered; whether the proposed Plan of Allocation should be approved; and to determine the amount of fees and expenses that should be awarded to Lead Counsel and to Lead Plaintiffs for their expenses.

3. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court certifies for purposes of settlement a Class defined as all Persons who purchased Metawave common stock between April 24, 2001 and March 14, 2002, inclusive. Excluded from the Class are Defendants, members of the families of Defendants, any current or former parent, subsidiary, affiliate, partner, officer, executive or director of any Defendant or Metawave, any entity in which any such excluded

ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE (C02-625RSM) - 1 -

Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

party has a controlling interest and the legal representatives, affiliates, heirs, successors, or assigns of any such excluded Person. Also excluded from the Class are those Persons who timely and validly request exclusion from the Class pursuant to the Notice of Proposed Settlement of Class Action.

4. The Court finds that the prerequisites for a class action under Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure have been satisfied in that: (a) the members of the Class are so numerous that joinder of all Class Members in the class action is impracticable; (b) there are questions of law and fact common to the Class that predominate over any individual question; (c) the claims of the Lead Plaintiffs are typical of the claims of the Class; (d) Lead Plaintiffs and their counsel have fairly and adequately represented and protected the interests of Class Members; and (e) a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

5. Pursuant to Rule 53(c) of the Federal Rules of Civil Procedure, the Court appoints the firm of Gilardi & Co. LLC, 3301 Kerner Boulevard, San Rafael, CA 94901 ("Claims Administrator") to supervise and administer the notice procedure as well as the processing of claims as more fully set forth below:

(a) Not later than December 1, 2009 (the "Notice Date"), the Claims Administrator shall cause a copy of the Notice and the Proof of Claim and Release form, substantially in the forms annexed as Exhibits A-1 and A-2 hereto, to be mailed by first class mail to all Class Members who can be identified with reasonable effort and to be posted on its website at www.gilardi.com;

(b) Not later than December 1, 2009, the Claims Administrator shall cause the Summary Notice to be published once in the national edition of *Investor's Business Daily*; and

(c) Not later than December 4, 2009, Lead Counsel shall serve on Defendants' counsel and file with the Court proof, by affidavit or declaration, of such mailing and publishing.

6. Nominees who purchased Metawave common stock for the benefit of another Person during the period April 24, 2001 to March 14, 2002, inclusive, shall be requested to send the Notice

ORDER PRELIMINARILY APPROVING
SETTLEMENT AND PROVIDING FOR NOTICE - 2 -
(C02-625RSM)

Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

and Proof of Claim and Release form to all such beneficial owners of Metawave common stock within ten (10) days after receipt thereof, or send a list of the names and addresses of such beneficial owners to the Claims Administrator within ten (10) days of receipt thereof, in which event the Claims Administrator shall promptly mail the Notice and Proof of Claim and Release form to such beneficial owners.

7. All fees, costs, and expenses incurred in identifying and notifying members of the Class shall be paid from the Settlement Fund and in no event shall Defendants or Metawave bear any responsibility for such fees, costs, or expenses.

8. All members of the Class shall be bound by all determinations and judgments in the Litigation concerning the settlement, whether favorable or unfavorable to the Class.

9. Class Members who wish to participate in the settlement shall complete and submit the Proof of Claim and Release forms in accordance with the instructions contained therein. Unless the Court orders otherwise, all Proof of Claim and Release forms must be submitted no later than ninety (90) days from the Notice Date. Any Class Member who does not timely submit a Proof of Claim and Release form within the time provided shall be barred from sharing in the distribution of the proceeds of the Net Settlement Fund, unless otherwise ordered by the Court, but shall nevertheless be bound by any final judgment entered by the Court. Notwithstanding the foregoing, Lead Counsel shall have the discretion to accept late-submitted claims for processing by the Claims Administrator so long as distribution of the Net Settlement Fund is not materially delayed.

10. Any member of the Class may enter an appearance in the Litigation, at his, her, or its own expense, individually or through counsel of their own choice. If they do not enter an appearance, they will be represented by Lead Counsel.

11. Any Person falling within the definition of the Class may, upon request, be excluded or "opt out" from the Class. Any such Person must submit to the Claims Administrator a request for exclusion ("Request for Exclusion"), postmarked no later than December 31,2009. A Request for Exclusion must be signed and state: (a) the name, address, and telephone number of the Person

ORDER PRELIMINARILY APPROVING
SETTLEMENT AND PROVIDING FOR NOTICE - 3 -
(C02-625RSM)

Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

requesting exclusion; (b) the Person's purchases of Metawave common stock during the Class Period, including the dates, the number of shares of Metawave common stock purchased, and price paid for each such purchase; and (c) that the Person wishes to be excluded from the Class. All Persons who submit valid Requests for Exclusion in the manner set forth in this paragraph shall have no rights under the Stipulation, shall not share in the distribution of the Net Settlement Fund, and shall not be bound by the Stipulation or any final judgment.

12. Lead Counsel shall cause to be provided to Defendants' counsel copies of all Requests for Exclusion, and any written revocation of Requests for Exclusion, as expeditiously as possible and in any event within seven (7) days prior to the Final Approval Hearing.

13. Any member of the Class may appear and show cause, if he, she, or it has any reason why the proposed settlement of the Litigation should not be approved as fair, reasonable and adequate, or why a judgment should not be entered thereon, why the Plan of Allocation should not be approved, why attorneys' fees and expenses should not be awarded to counsel for the Lead Plaintiffs or why Lead Plaintiff should not be awarded their expenses; provided, however, that no Class Member or any other Person shall be heard or entitled to contest the approval of the terms and conditions of the proposed settlement, or, if approved, the Judgment to be entered thereon approving the same, or the order approving the Plan of Allocation, or any attorneys' fees and expenses to be awarded to counsel for Lead Plaintiffs, unless written objections and copies of any papers and briefs are received by Jeffrey D. Light, Coughlin Stoia Geller Rudman & Robbins LLP, 655 West Broadway, Suite 1900, San Diego, CA 92101, Ronald L. Berenstain, Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, WA 98101, and David Bayless, Covington & Burling LLP, One Front Street, San Francisco, CA 94111, on or before January 15,2010; and said objections, papers and briefs are filed with the Clerk of the United States District Court for the Western District of Washington at Seattle, on or before January 15,2010. Any member of the Class who does not make his, her or its objection in the manner provided shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness, reasonableness or adequacy of

ORDER PRELIMINARILY APPROVING
SETTLEMENT AND PROVIDING FOR NOTICE  - 4 -
(C02-625RSM)

Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

1 the proposed settlement as incorporated in the Stipulation, to the Plan of Allocation, and to the award
2 of attorneys' fees and expenses to Lead Counsel and the payment of expenses to Lead Plaintiffs,
3 unless otherwise ordered by the Court.

4     14. All funds held by the Escrow Agent(s) shall be deemed and considered to be in
5 *custodia legis*, and shall remain subject to the jurisdiction of the Court, until such time as such funds
6 shall be distributed pursuant to the Stipulation and/or further order(s) of the Court.

7     15. All papers in support of the settlement, Plan of Allocation and any application by
8 counsel for Lead Plaintiffs for attorneys' fees and expenses shall be filed and served no later than
9 fourteen (14) calendar days prior to the objection deadline in ¶13 and any reply papers shall be filed
10 and served seven (7) calendar days prior to the Final Approval Hearing.

11     16. Neither Defendants nor Metawave nor their Related Parties shall have any
12 responsibility for the Plan of Allocation or any application for attorneys' fees or expenses submitted
13 by Lead Plaintiffs and Lead Counsel, and such matters will be considered separately from the
14 fairness, reasonableness, and adequacy of the settlement.

15     17. At or after the Final Approval Hearing, the Court shall determine whether the Plan of
16 Allocation proposed by Lead Counsel, and any application for attorneys' fees and expenses,
17 including the expenses of Lead Plaintiffs should be approved.

18     18. All reasonable expenses incurred in identifying and notifying Class Members as well
19 as administering the Settlement Fund shall be paid as set forth in the Stipulation. In the event the
20 Court does not approve the settlement, or it otherwise fails to become effective, neither Lead
21 Plaintiffs nor any of their counsel shall have any obligation to repay any amounts actually and
22 properly incurred or disbursed pursuant to ¶2.6 or ¶2.7 of the Stipulation.

23     19. Neither the Stipulation, nor any of its terms or provisions, nor any of the negotiations
24 or proceedings connected with it, shall be construed as an admission or concession by Defendants or
25 Metawave of the truth of any of the allegations in the Litigation, or of any liability, fault, or
26 wrongdoing of any kind.

ORDER PRELIMINARILY APPROVING
SETTLEMENT AND PROVIDING FOR NOTICE - 5 -
(C02-625RSM)

Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

20. The Court reserves the right to adjourn the date of the Final Approval Hearing without further notice to the members of the Class, and retains jurisdiction to consider all further applications arising out of or connected with the proposed settlement. The Court may approve the settlement, with such modifications as may be agreed to by the Settling Parties, if appropriate, without further notice to the Class.

IT IS SO ORDERED.

Dated this _10_ day of _November, 2009.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by,

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
JEFFREY D. LIGHT
RACHEL L. JENSEN

_____
JEFFREY D. LIGHT

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
RANDI D. BANDMAN
DENNIS HERMAN
ELI R. GREENSTEIN
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

ORDER PRELIMINARILY APPROVING
SETTLEMENT AND PROVIDING FOR NOTICE - 6 -
(C02-625RSM)

Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN, WSBA #12356
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: 206/623-7292
206/623-0594 (fax)

KIRBY McINERNEY LLP
IRA M. PRESS
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: 212/317-2300
212/751-2540 (fax)

Co-Lead Counsel for Plaintiffs

C:\DOCUME~1\AdrianaD\LOCALS~1\Temp\7\MetaSave\(v2) EA-00060239.doc

ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE (C02-625RSM) - 7 -

Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423